# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

Cheryl Agunbiade,

    Plaintiff,

    V.                                Case No. 4:18-cv-00410-RK

BP Chestnut AZ 2 LLC, et al.,

    Defendants.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

    this case is remanded to the Circuit Court of Jackson County, Missouri at Independence for further proceedings.

**IT IS SO ORDERED.**

Dated: August 1, 2018                          /s/ Paige Wymore-Wynn
                                                      Clerk of the Court

Entered: August 3, 2018                        /s/ LaTandra Wheeler
                                                        Deputy Clerk